Kaitlyn L. v Town of Lee (2023 NY Slip Op 03160)

Kaitlyn L. v Town of Lee

2023 NY Slip Op 03160

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND OGDEN, JJ.

544 CA 23-00111

[*1]KAITLYN L., INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF N.L., AN INFANT, PLAINTIFF-APPELLANT,
v
TOWN OF LEE, DEFENDANT-RESPONDENT. 

BLOCK, O'TOOLE & MURPHY, LLP, NEW YORK CITY (CHRISTINA R. MERCADO OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
SUGARMAN LAW FIRM, LLP, SYRACUSE (PAUL V. MULLIN OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered December 19, 2022. The order denied the motion of plaintiff for partial summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court